ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 14 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK GLEN HAMRICK | ) | |
| | ) | |
| VS. | ) | 3-06-CV-2326-B |
| | ) | |
| ANTHONY WAYNE FOSTER | ) | |

## ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions and recommendation of the United States Magistrate Judge are accepted.

IT IS FURTHER ORDERED that Plaintiff's motion to proceed in forma pauperis is denied and the complaint will be dismissed without notice, unless within twenty (20) days of the date of this order Plaintiff tenders the $350.00 filing fee made payable to the United States District Clerk.

SIGNED this 14th day of March, 2007.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE