IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK GLEN HAMRICK | ) | |
| | ) | |
| V. | ) | 3-06-CV-2326-B |
| | ) | |
| ANTHONY FOSTER | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS ORDERED that Defendant's motion to dismiss be granted in part and that Plaintiff's claim for damages to his 1965 Chevrolet Corvette and his request that criminal charges be brought against Defendant be, and they are hereby dismissed pursuant to Rule 12(b)(6).

IT IS FURTHER ORDERED that Plaintiff file a status report within fifteen (15) days from the date he receives this order stating the then current status of all criminal charges brought against him arising out of incidents which occurred on December 20, 2005, and that Plaintiff file supplemental status reports every sixty (60) days thereafter reporting the then current status of all such charges.

SO ORDERED this 18th day of December, 2007.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE